1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARIO THOMPSON,                          Case No. 1:09-cv-01585 LJO JLT (PC)

12            Plaintiff,                       ORDER DISCHARGING THE COURT'S
                                               ORDER TO SHOW CAUSE
13        vs.
                                               (Doc. 10)
14   CHERYL SCHUTT, et al.,

15            Defendants.

16   _____/

17        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18   1983.  On October 27, 2010, the Court dismissed Plaintiff's complaint with twenty days leave to

19   amend.  (Doc. 9.)  Plaintiff, however, failed to respond to the Court's order.  Accordingly, on

20   November 30, 2010, the Court ordered Plaintiff to show cause why this action should not be

21   dismissed for his failure to prosecute.  (Doc. 10.)

22        On December 16, 2010, Plaintiff filed a timely response to the Court's order to show cause.

23   (Doc. 11.)  Therein, Plaintiff explains that he was recently transferred to a new prison facility and

24   that his personal property was misplaced.  (Id.)  Plaintiff alleges that he never received the Court's

25   screening order issued October 27, 2010 and only received the Court's order to show cause on

26   December 9, 2010.  (Id.)  Plaintiff therefore requests the Court (1) withdraw its order to show cause,

27   (2) grant him forty-five days leave to file an amended complaint, and (3) have the Clerk of the Court

28   send him a copy of the Court's screening order.  (Id.)

                                               1

Good cause appearing, it is HEREBY ORDERED that:

1.    The Court's November 30, 2010, order to show cause (Doc. 10) is discharged;

2.    Within forty-five (45) days of the date of this order, Plaintiff shall file an amended complaint in accordance with the Court's screening order filed October 27, 2010; and

3.    The Clerk of the Court is directed to send Plaintiff a one-time courtesy copy of the Court's screening order filed October 27, 2010.  The Clerk of the Court shall send the courtesy copy to the mailing address provided by Plaintiff in his December 16, 2010, filing.

IT IS SO ORDERED.

Dated:   **December 20, 2010**                              **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE