IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO THOMPSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHERYL SCHUTT, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:09-cv-01585 LJO JLT (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 16) |

On March 4, 2011, Plaintiff filed a request for forty-five to sixty additional days to file objections to the Court's February 16, 2011 findings and recommendations. Plaintiff indicates that he needs the additional time in order to obtain medical records to support his claims. Good cause appearing, Plaintiff's request will be granted.

Accordingly, it is **HEREBY ORDERED** that:

1. Plaintiff's March 4, 2011, request for a forty-five day extension of time (Doc. 16) is **GRANTED**; and

2. If Plaintiff elects to file objections to the Court's February 16, 2011 findings and recommendations, he shall file the objections within forty-five days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **March 9, 2011**　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE